**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-2222**

—————————

DEVAKIRUBA J. HAYWOOD,

                              Plaintiff - Appellant,

        versus

ELECTROLUX HOME PRODUCTS, INCORPORATED, Whites
Consolidated Industries WCI,

                              Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry F. Floyd, District Judge. (CA-
03-259-8-26AK)

—————————

Submitted:  February 2, 2005       Decided:  February 18, 2005

—————————

Before MOTZ, KING, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Devakiruba J. Haywood, Appellant Pro Se.  Charles Franklin
Thompson, Jr., Michael D. Malone, TALLEY, MALONE, THOMPSON &
GREGORY, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Devakiruba J. Haywood appeals the district court's order granting summary judgment to the Defendant on her Title VII claim of discrimination based on national origin.  See 42 U.S.C. §§ 2000e -2000e-17 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Haywood v. Electrolux Home Prods. Inc., No. CA-03-259-8-26AK (D.S.C. Aug. 25, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED